# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: MELISSA A. GREEN  
1112 HOLMES PLACE  
DEKALB, IL  60115  

SSN-xxx-xx-9247

Case Number: 05-71092

Case filed on: 3/11/2005  
Plan Confirmed on: 5/13/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $13,681.57           Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY GARY C FLANDERS | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 999 | MELISSA A. GREEN | 0.00 | 0.00 | 285.75 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 285.75 | 0.00 |
| 001 | DELL FINANCIAL | 100.00 | 100.00 | 100.00 | 9.78 |
| 002 | HYUNDAI MOTOR FINANCE COMPANY | 12,000.00 | 4,362.22 | 4,362.22 | 1,376.39 |
|  | Total Secured | 12,100.00 | 4,462.22 | 4,462.22 | 1,386.17 |
| 001 | DELL FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | HYUNDAI MOTOR FINANCE COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | DEKALB CLINIC CHARTERED | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | HEIGHTS FINANCE | 1,594.41 | 1,594.41 | 1,594.41 | 0.00 |
| 008 | ECAST SETTLEMENT CORPORATION | 438.58 | 438.58 | 438.58 | 0.00 |
| 009 | ILLINOIS COMMUNITY CREDIT UNION | 1,633.34 | 1,633.34 | 1,633.34 | 0.00 |
| 010 | ROCKFORD MERCANTILE AGENCY INC | 117.30 | 117.30 | 117.30 | 0.00 |
| 011 | TARGET NATIONAL BANK fka RETAILERS NAT'L | 546.11 | 546.11 | 546.11 | 0.00 |
| 012 | H & R ACCOUNTS | 186.19 | 186.19 | 186.19 | 0.00 |
|  | Total Unsecured | 4,515.93 | 4,515.93 | 4,515.93 | 0.00 |
|  | Grand Total: | 18,815.93 | 11,178.15 | 11,463.90 | 1,386.17 |

Total Paid Claimant:  $12,850.07  
Trustee Allowance:  $831.50  
Percent Paid Unsecured:  100.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 05/14/2008           By  /s/Heather M. Fagan